AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| THE IVY COACH, INC., a New York Corporation,<br><br>*Plaintiff(s)*<br>v.<br>COLLEGE-CONNECTIONS, INC., a California Corporation, JEANNIE BORIN, an Individual, TIER ONE TUTORS, INC., a California Corporation, and DOES 1 through 100, inclusive,<br>*Defendant(s)* | Civil Action No.   2:17-CV-4886 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

JEANNIE BORIN
3551 CARIBETA DR
ENCINO CA 91436

COLLEGE-CONNECTIONS, LLC.
Care of: Agent for Service of Process
ROBERT L KEHR
1888 CENTURY PARK EAST STE 1150
LOS ANGELES CA 90067

TIER ONE TUTORS, INC.
Care of: Agent for Service of Process: STEVE DORFMAN
7065 HAYVENHURST AVE STE 9
VAN NUYS CA 91406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kulik Gottesman Siegel & Ware, LLP
Kirk Edward Schenck, Esq.   CA State Bar #: 173963
15303 Ventura Boulevard, 14th Floor
Los Angeles, California 91403
direct dial telephone: 310-600-3800
email: kschenck@kgswlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: