| | | | |
|---|---|---|---|
| Case No. | **CV 17-4886-PJW** | Date | September 11, 2017 |

Title   The Ivy Coach, Inc. v. College-Connections, Inc., et al.

Present: The Honorable   PATRICK J. WALSH, UNITED STATES DISTRICT JUDGE

| Isabel Martinez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY FIRST AMENDED COMPLAINT SHOULD NOT BE STRICKEN**

    On August 22, 2017, Plaintiff filed a First Amended Complaint ("FAC") [Doc. # 11]. Under Fed. R. Civ. P. 15(a)(1), Plaintiff had a right to amend the pleadings once as a matter of course within 21 days after service of the complaint or within 21 days after service of a responsive pleading or motion under Rule 12(b), (e), or (f), whichever is earlier. None of these prerequisites applies here. Thus, Under Rule 15(a)(2), Plaintiff had an obligation to obtain a stipulation to file a FAC or seek leave of the Court. Plaintiff did neither. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing within seven court days from the date of this Order why the FAC should not be stricken. This OSC may be discharged upon the filing of a stipulation or a motion for leave to amend complaint.

    IT IS SO ORDERED.